IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JANN BANKS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:05-CV-62 |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | ) JUDGE STAMP JR. |
| Defendant. | ) |

## ORDER

Upon consideration of the Plaintiff's application for attorneys fees, and the Defendant's response with no objection thereto, it is hereby

**ORDERED** that the Defendant pay Sean P. Kavanagh, Esquire attorney fees, pursuant to section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of Two Thousand Two Hundred Eighty-Seven Dollars and 50/00 cents, ($2,287.50) being withheld from Plaintiff's past-due benefits.

Date: March 4, 2008

_____
UNITED STATES DISTRICT JUDGE